20 So.2d 541

**MONTGOMERY CITY LINES, Inc., v. C. L. HAWES.**

**3 Div. 424.**

Supreme Court of Alabama.

Jan. 11, 1945.

Steiner, Crum & Weil, of Montgomery, for petitioner.

Hill, Hill, Whiting & Rives, of Montgomery, opposed.

LIVINGSTON, Justice.

Petition of Montgomery City Lines, Inc., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Montgomery City Lines, Inc. v. C. L. Hawes, 31 Ala. App. 564, 20 So.2d 536.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.